

09-CV-05202-ORD

FILED ____ LODGED
____ RECEIVED

JUL - 2 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILBERT JONATHAN BULLARD and MARY BULLARD husband and wife,

Plaintifsf,

v.

PIERCE COUNTY, a municipal corporation; PIERCE COUNTY SHERIFF'S DEPARTMENT, a division of Pierce County; PIERCE COUNTY JAIL, a subdivision of Pierce County; PIERCE COUNTY PROSECUTOR'S OFFICE, a department and division of Pierce County,

Defendants.

Case No. C09-5202FDB

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiffs have filed an Amended Civil Rights Complaint [Dkt. # 5] for damages for, among other things, false arrest and malicious prosecution arising from allegations of child molestation. The first trial ended in a mistrial, a new trial was granted, but on motion from the prosecution, the case was dismissed with prejudice.

Plaintiffs have filed an application to proceed *in forma pauperis*, but the application is incomplete, as only Wilbert Bullard has submitted an application. Additionally, Wilbert Bullard's application is incomplete because the first question, concerning employment, is not answered.

ORDER - 1

1     NOW, THEREFORE, IT IS ORDERED: Plaintiff's Application to Proceed *in forma*

2 *pauperis* [Dkt. # 4] is DENIED; Plaintiffs shall submit complete applications for proceeding *in*

3 *forma pauperis* by no later than July 17, 2009.

4     DATED this 2nd day of July 2009..

                                                FRANKLIN D. BURGESS
                                                UNITED STATES DISTRICT JUDGE

ORDER - 2