UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILBERT JONATHAN BULLARD and MARY BULLARD husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>PIERCE COUNTY, a municipal corporation; PIERCE COUNTY SHERIFF'S DEPARTMENT, a division of Pierce County; PIERCE COUNTY JAIL, a subdivision of Pierce County; PIERCE COUNTY PROSECUTOR'S OFFICE, a department and division of Pierce County,<br><br>Defendants. | Case No. C09-5202FDB<br><br>ORDER DIRECTING PAYMENT OF FILING FEE |

Plaintiffs filed an incomplete application to proceed *in forma pauperis* and were ordered on July 2, 2009 to file a complete application by no later than July 17, 2009. Plaintiffs have filed nothing to date.

NOW, THEREFORE, IT IS ORDERED: Plaintiffs shall have until no later than August, 3, 2009 to pay the filing fee; failure to pay the filing fee by August 3, 2009 will result in dismissal of this cause of action.

DATED this 20th day of July 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1