# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WILBERT JONATHAN BULLARD and MARY BULLARD, <br><br> Plaintiffs, <br><br> v. <br><br> PIERCE COUNTY, PIERCE COUNTY SHERIFF'S DEPARTMENT, PIERCE COUNTY JAIL, PIERCE COUNTY PROSECUTOR'S OFFICE, <br><br> Defendants. | CASE NO. C09-5202FDB <br><br> MINUTE ORDER TO DISMISS CASE |

Pursuant to the Order of July 21, 2009, [Dkt. No 7], this matter is **DISMISSED** for Failure to Pay a Filing Fee.

DATED: August 6, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Order to Dismiss Complaint -1