# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILBERT JONATHAN BULLARD and
MARY BULLARD,

      PLAINTIFFS,

    v.

PIERCE COUNTY,
PIERCE COUNTY SHERIFF'S DEPARTMENT,
PIERCE COUNTY JAIL,
PIERCE COUNTY PROSECUTOR'S OFFICE,

      DEFENDANTS,

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C09-5202FDB

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X___  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Pursuant to the Order of July 21, 2009,  [Dkt. No 7],  this matter is **DISMISSED** for Failure to Pay a Filing Fee.

August 6, 2009                                            BRUCE RIFKIN
                                                                                     Clerk

                                                                                  /s/  Pat LeFrois
                                                                                     Deputy Clerk